UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

---

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:15-cv-00752

Name of party requesting extension: Frontier Airlines, Inc.

Is this the first application for extension of time in this case?   ☑ Yes
                                                    ☐ No

If no, please indicate which application this represents:   ☐ Second
                                                                     ☐ Third

                                                                           ☐ Other _____

Date of Service of Summons: 06/04/2015

Number of days requested:   ☑ 30 days
                                         ☐ 15 days
                                         ☐ Other _____ days

**New Deadline Date:** 07/27/2015   *(Required)*

---

**ATTORNEY FILING APPLICATION INFORMATION**

    Full Name: Stephen E. Baskin

    State Bar No.: 47567

    Firm Name: Mayer Brown LLP

    Address: 1999 K Street, NW

                Washington, D.C. 20006

    Phone: 202.263.3000

    Fax:  202.263.3300

    Email: sbaskin@mayerbrown.com

---

A certificate of conference does not need to be filed with this unopposed application.