AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:15-cv-00752

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Frontier Airlines, Inc.
was received by me on *(date)* 06/01/2015

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Sue Vertrees, who is designated by law to accept service of process on behalf of *(name of organization)* The Prentice Hall Corporation registered agent for Frontier Airlines, Inc. on *(date)* 06/03/2015 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 06/04/2015

*Server's signature*

Mike Gallo / Process Server
*Printed name and title*

106 E. 6th Street Suite 900
Austin, TX 78701
*Server's address*

Additional information regarding attempted service, etc: