# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LORAMAX LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>FRONTIER AIRLINES, INC.<br><br>    Defendant. | Civil Action No. 2:15-cv-00752<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT

Defendant Frontier Airlines, Inc. ("Defendant") files this Notice of Appearance, and hereby notifies the Court and all parties of record that Saqib. J. Siddiqui of the law firm Mayer Brown LLP, 1999 K Street, NW, Washington, D.C., 20006, is appearing as counsel for Defendant in the above-referenced matter.

Respectfully submitted,

Dated:  July 13, 2015

By:  */s/ Saqib J. Siddiqui*
   Saqib J. Siddiqui
   Washington, DC Bar No. 999189
   ssiddiqui@mayerbrown.com
   MAYER BROWN LLP
   1999 K Street, N.W.
   Washington, D.C. 20006-1101
   Telephone: (202) 263-3000
   Facsimile: (202) 263-3300

*Counsel for Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a), on this the 13th day of July, 2015.

*/s/ Saqib J. Siddiqui*
Saqib J. Siddiqui
