UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Loramax LLC, Plaintiff, | |
| v. | Civil Action No. 2:15-cv-00752-RWS-RSP |
| Frontier Airlines, Inc., Defendant. | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO
FRONTIER AIRLINES, INC.'S MOTION TO DISMISS FOR FAILURE TO STATE A
CLAIM**

Before the Court is Plaintiff Loramax LLC's unopposed motion for extension of time to respond to Defendant Frontier Airlines, Inc.'s motion to dismiss for failure to state a claim (Dkt. No. 9). Having considered Plaintiff's unopposed motion, the Court finds good cause that it should be granted, and it is hereby **GRANTED**. Accordingly, it is **ORDERED** that the deadline for Plaintiff's response is extended by fifteen (15) days.