UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Loramax LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>Aerovías de México, S.A. de C.V, Defendant. | **PATENT CASE**<br><br>**JURY TRIAL DEMANDED**<br><br><br>Civil Action No. 2:15-cv-00736-RWS-RSP |
| Air Canada, Defendant. | Civil Action No. 2:15-cv-00738-RWS-RSP |
| Alaska Air Group, Inc., Defendant. | Civil Action No.  2:15-cv-00739-RWS-RSP |
| Albertson's LLC, Defendant. | Civil Action No.  2:15-cv-00744-RWS-RSP |
| Allegiant Travel Company, Defendant. | Civil Action No.  2:15-cv-00745-RWS-RSP |
| American Airlines Group Inc., Defendant. | Civil Action No.  2:15-cv-00746-RWS-RSP |
| Brookshire Grocery Company, Defendants. | Civil Action No.  2:15-cv-00747-RWS-RSP |
| FedEx Corporation, Defendant. | Civil Action No.  2:15-cv-00751-RWS-RSP |
| Frontier Airlines, Inc., Defendant. | Civil Action No.  2:15-cv-00752-RWS-RSP |
| JetBlue Airways Corporation, Defendant | Civil Action No.  2:15-cv-00755-RWS-RSP |
| The Kroger Co., Defendant. | Civil Action No.  2:15-cv-00756-RWS-RSP |
| Porter Airlines Inc., Defendant. | Civil Action No.  2:15-cv-00757-RWS-RSP |
| Safeway Inc., Defendant. | Civil Action No.  2:15-cv-00758-RWS-RSP |
| Southwest Airlines Co., Defendant. | Civil Action No.  2:15-cv-00759-RWS-RSP |
| Spirit Airlines, Inc., Defendant. | Civil Action No.  2:15-cv-00760-RWS-RSP |
| MN Airlines, LLC (d/b/a Sun Country Airlines), Defendant. | Civil Action No.  2:15-cv-00761-RWS-RSP |
| Virgin American Inc., Defendant. | Civil Action No.  2:15-cv-00764-RWS-RSP |
| Aeroenlaces Nacionales, S.A. de C.V., Defendant. | Civil Action No.  2:15-cv-00765-RWS-RSP |

| Walgreens Boots Alliance, Inc., Defendant. | Civil Action No.  2:15-cv-00766-RWS-RSP |
|---|---|
| WestJet Airlines Ltd., Defendant. | Civil Action No.  2:15-cv-00767-RWS-RSP |

## NOTICE OF READINESS FOR SCHEDULING CONFERENCE

Pursuant to this Court's Standing Order Regarding Readiness for Scheduling Conference, Plaintiff Loramax LLC ("Plaintiff") hereby files this Notice that certain of the above captioned cases that are ready for a scheduling conference.[1]  Provided in Table I attached hereto is a list of all <u>active</u> cases involving the patent-in-suit (U.S. Patent No. 5,689,642) filed in the Eastern District of Texas, along with pending motions and whether the case is ready for a scheduling conference.[2]  A list of all <u>terminated</u> related cases involving the patent-in-suit filed in the Eastern District of Texas is provided in Table II attached hereto.

---

[1] This same Notice is being filed in all cases for the patent-in-suit that are ready for a scheduling conference as of the date that this Notice was filed.  As additional cases are ready for a scheduling conference, an updated version of this Notice will be filed in such cases.

[2] Plaintiff has also filed suit on a related patent, U.S. Patent No. 5,513,126, in the Eastern District of Texas.  *See, e.g.,* Notice of Readiness for Scheduling Conference, *Loramax v. 21st Century Insurance Group*, C.A. No. 2:15-cv-647-RWS-RSP, Dkt. No.  18, which is hereby incorporated by reference.

DATED August 18, 2015.

Respectfully submitted,

*/s/ Jaspal S. Hare*

By:_____

Jaspal S. Hare (lead counsel)
Texas Bar No. 24083135
Jaspal.Hare@solidcounsel.com

David B. Dyer
Texas Bar No. 06313500
David.Dyer@solidcounsel.com

Bryan R. Haynes
Texas Bar No. 09283520
Bryan.Haynes@solidcounsel.com

**Scheef & Stone L.L.P**
500 North Akard, Suite 2700
Dallas, TX 75201
Tel: (214) 706-4200
Fax: (214) 706-4242

**ATTORNEYS   FOR   PLAINTIFF
LORAMAX LLC**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on Tuesday, August 18, 2015 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/  Jaspal S. Hare*_____
Jaspal S. Hare

**TABLE I—ACTIVE CASES**

| Case No. (2:15-cv-###)[3] | Defendant(s) | Pending Motions | Ready For Sch. Conf.? | *Markman* Hearing/Trial Dates |
|---|---|---|---|---|
| 736 | Aerovías de México, S.A. de C.V | | No | |
| 738 | Air Canada | | No | |
| 739 | Alaska Air Group, Inc. | | No | |
| 744 | Albertson's LLC | *Defendant's*:  Motion to Dismiss for Failure to State a Claim (Dkt. 11) | Yes | |
| 745 | Allegiant Travel Company | *Defendant's:*  Motion and Joinder in Defendant's Albertson's LLC, Safeway Inc., Walgreen's Boots Alliance, Inc.'s and Frontier Airline, Inc.'s Motion to Dismiss for Failure to State A Claim (Dkt. 10) <br> *Plaintiff's:* Unopposed Motion for Extension of Time to Respond to Allegiant Travel Company's Motion to Dismiss for Failure to State a Claim (Dkt. 11) | Yes | |
| 746 | American Airlines Group Inc. | | Yes | |
| 747 | Brookshire Grocery Company | | No | |
| 751 | FedEx Corp. | *Defendant's:* Motion to Dismiss and Joinder in Albertsons LLC, Safeway Inc., Walgreens Boots Alliance, Inc., Frontier Airlines, Inc. and JetBlue Airways Corp. Motions to Dismiss for Failure to State a Claim | Yes | |
| 752 | Frontier Airlines, Inc. | *Defendant's:* Motion and Joinder in Albertson's LLC, Safeway Inc., and Walgreens Boots Alliance, Inc.'s Motions to Dismiss for Failure to State a Claim (Dkt. 9) <br> *Plaintiff's*: Unopposed Motion for Extension of Time to Respond to Frontier Airlines, Inc.'s Motion to Dismiss for Failure to State a Claim (Dkt. 10) | Yes | |
| 755 | JetBlue Airways Corp. | *Defendant's:* Motion and Joinder in Defendants Albertson's LLC, Safeway Inc., and Walgreens Boots Alliance, Inc. Motions to Dismiss for Failure to State a Claim Dkt. 10 | Yes | |

---

[3] All cases were filed on May 15, 2015.

| Case No. (2:15-cv-###)[3] | Defendant(s) | Pending Motions | Ready For Sch. Conf.? | *Markman* Hearing/Trial Dates |
|---|---|---|---|---|
| | | *Plaintiff's:* Unopposed Motion for Extension of Time to Respond to JetBlue Airways Corporation's Motion to Dismiss for Failure to State a Claim (Dkt. 11) | | |
| 756 | The Kroger Co. | *Defendant's:* Motion to Dismiss for Failure to State a Claim and Brief in Support (Dkt. 10)<br>*Plaintiff's:* Unopposed Motion for Extension of Time to Respond to Kroger Co.'s Motion to Dismiss for Failure to State a Claim (Dkt. 11) | Yes | |
| 757 | Porter Airlines Inc. | | No | |
| 758 | Safeway Inc. | *Defendant's:* Motion to Dismiss for Failure to State a Claim (Dkt. 11) | Yes | |
| 759 | Southwest Airlines Co. | *Defendant's:* Motion to Dismiss (Dkt. 10) | Yes | |
| 760 | Spirit Airlines, Inc. | | Yes | |
| 761 | MN Airlines, LLC (d/b/a Sun Country Airlines) | *Defendant's:* Motion to Dismiss for Failure to State a Claim (Dkt. 10)<br>*Plaintiff's:* Unopposed Motion for Extension of Time to Respond to MN Airlines, LLC(d/b/a Sun Country Airlines) Motion to Dismiss for Failure to State a Claim (Dkt. 11) | Yes | |
| 764 | Virgin American Inc. | | No | |
| 765 | Aeroenlaces Nacionales, S.A. de C.V. | | No | |
| 766 | Walgreens Boots Alliance, Inc. | *Defendant's:* Motion to Dismiss For Failure to State a Claim (Dkt. 11) | Yes | |
| 767 | WestJet Airlines Ltd. | | No | |

## TABLE II—TERMINATED CASES

| Case No. (2:15-cv-###) | Defendant(s) | Date Filed | Date Closed | Notes |
|---|---|---|---|---|
| 749 | eBay Inc. | 05/15/2015 | 08/03/2015 | |
| 753 | Hawaiian Airlines, Inc. | 05/15/2015 | 08/03/2015 | |
| 754 | HEB Grocery Company, LP | 05/15/2015 | 08/03/2015 | |
| 762 | Target Corporation | 05/15/2015 | 07/31/2015 | |
| 763 | United Continental Holdings, Inc. | 05/15/2015 | 08/12/2015 | |
| | | | | |