UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LORAMAX LLC,<br><br>      Plaintiff,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION,<br><br>      Defendant. | Civil Action No. 2:15-cv-00752-RWS-RSP<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING FRONTIER'S MOTION TO DISMISS FOR
<u>FAILURE TO STATE A CLAIM</u>**

Having considered Defendant Frontier Airlines, Inc.'s Motion to Dismiss for Failure to State a Claim and any response thereto, it is therefore,

ORDERED that Defendant Frontier Airlines, Inc.'s Motion to Dismiss for Failure to State a Claim is GRANTED.