UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Loramax LLC, *Plaintiff*,<br><br>　　v.<br><br>Frontier Airlines, Inc., *Defendant*. | Civil Action No. 2:15-cv-00752-RWS-RSP<br><br>**[UNOPPOSED MOTION]** |

### [UNOPPOSED] PLAINTIFF LORAMAX LLC'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT FRONTIER AIRLINES, INC.'S MOTION TO DISMISS FOR <u>FAILURE TO STATE A CLAIM</u>

Plaintiff Loramax LLC ("Loramax") herby requests that the Court enter an Order extending the deadline by fifteen (15) days for Plaintiff to respond to Defendant Frontier Airlines, Inc.'s ("Defendant") motion to dismiss for failure to state a claim (Dkt. No. 13; filed on September 8, 2015) in the above captioned case. The current deadline is September 25, 2015, and the new deadline would be October 10, 2015.

Good cause exist her because, *inter alia*:

(1) Defendant does not oppose this extension;

(2) Loramax needs to analyze the large number of § 101 motions filed (about 27 in all the Loramax cases), which are very serious in nature;

(3) Loramax needs additional time to confer with its consultant/expert and draft an expert declaration;

(4) Loramax needs additional time to meet and confer with all defendants regarding their claim construction positions, infringement positions, and factual positions;

(5) Loramax needs additional time to seek expedited discovery if necessary;

(6) lead counsel for Loramax, Mr. Jaspal S. Hare, was on vacation from September 18-20, 2015;

(7) Plaintiff has expended significant resource responding to Defendant GEICO's motion to transfer venue (C.A. No. 2:15-cv-665, Dkt. No. 14);

(8) Loramax requires the additional time to draft the about 27 responses; and

(9) this request is not made for the purposes of delay.

Accordingly, good cause exists for granting this motion.  A proposed order granting this unopposed motion is attached.

DATED September 23, 2015.                    Respectfully submitted,

                                             */s/ Jaspal S. Hare*
                                             By:_____

                                             Jaspal S. Hare (lead counsel)
                                             Texas Bar No. 24083135
                                             Jaspal.Hare@solidcounsel.com

                                             David B. Dyer
                                             Texas Bar No. 06313500
                                             David.Dyer@solidcounsel.com

                                             Bryan R. Haynes
                                             Texas Bar No. 09283520
                                             Bryan.Haynes@solidcounsel.com

                                             **Scheef & Stone L.L.P**
                                             500 North Akard, Suite 2700
                                             Dallas, TX 75201
                                             Tel: (214) 706-4200
                                             Fax: (214) 706-4242

                                             **ATTORNEYS FOR PLAINTIFF LORAMAX LLC**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on Wednesday, September 23, 2015 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Jaspal S. Hare*
Jaspal S. Hare