UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Loramax LLC, *Plaintiff*,<br><br>　v.<br><br>Frontier Airlines, Inc., *Defendant*. | Civil Action No. 2:15-cv-00752-RWS-RSP |

**[PROPOSED]**
**ORDER GRANTING PLAINTIFF LORAMAX LLC'S UNOPPOSED**
**MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT FRONTIER AIRLINES, INC.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

　　Before the Court is Plaintiff Loramax LLC's unopposed motion for extension of time to respond to Defendant Frontier Airlines, Inc.'s ("Defendant") motion to dismiss for failure to state a claim in the above captioned case (Dkt. No. 13). Having considered Plaintiff's unopposed motion, the Court finds good cause that it should be granted, and it is hereby **GRANTED**. Accordingly, it is **ORDERED** that the deadline for Plaintiff's response is extended by fifteen (15) days, or to October 10, 2015, in the above captioned case.