UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Loramax LLC, *Plaintiff*,<br><br>    v.<br><br>Government Employees Insurance Company (d/b/a GEICO), *Defendant*. | Civil Action No. 2:15-cv-00665-RWS-RSP |
| FedEx Corporation, *Defendant*. | Civil Action No. 2:15-cv-00751-RWS-RSP |
| Frontier Airlines, Inc., *Defendant*. | Civil Action No. 2:15-cv-00752-RWS-RSP |
| JetBlue Airways Corporation, *Defendant*. | Civil Action No. 2:15-cv-00755-RWS-RSP |
| Porter Airlines Inc., *Defendant*. | Civil Action No. 2:15-cv-00757-RWS-RSP |
| WestJet Airlines Ltd., *Defendant*. | Civil Action No. 2:15-cv-00767-RWS-RSP |

**[PROPOSED]**

**ORDER GRANTING PLAINTIFF LORAMAX'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' § 101 MOTIONS TO DISMISS**

Before the Court is Plaintiff Loramax LLC's unopposed motion for a two (2) day extension of time to respond to Defendants' § 101 motions to dismiss in the above captioned cases.[1]  Having considered Plaintiff's unopposed motion, the Court finds good cause that it should be granted, and it is hereby **GRANTED**.  Accordingly, it is **ORDERED** that the deadline for Plaintiff's response is extended by two (2) days, or to October 15, 2015, in each of the above captioned cases.

---

[1] Defendants' § 101 motions are: cv-665, dkt. no. 20; cv-751, dkt. no. 17;  cv-752, dkt. no. 13; cv-755, dkt. no. 14; cv-757; dkt. no. 11; and cv-767, dkt. no. 11.