THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Loramax LLC, *Plaintiff*, <br> v. <br> Frontier Airlines, Inc., *Defendant*. | Civil Action No. 2:15-cv-00752-RWS-RSP |
| JetBlue Airways Corporation, *Defendant*. | Civil Action No. 2:15-cv-00755-RWS-RSP |
| Porter Airlines Inc., *Defendant*. | Civil Action No. 2:15-cv-00757-RWS-RSP |
| WestJet Airlines Ltd., *Defendant*. | Civil Action No. 2:15-cv-00767-RWS-RSP |

**[PROPOSED] ORDER DENYING DEFENDANTS'**
**MOTIONS AND JOINDER IN DEFENDANT SAFEWAY INC.'S RENEWED**
**MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Before the Court are Defendants Motions and Joinder in Defendant Safeway Inc.'s Renewed Motion to Dismiss for Failure to State a Claim[1] in the above captioned cases. Having considered the Motions and briefing thereto, the Court finds that the Motions are without merit for the reasons stated in Plaintiff's opposition briefing.

Accordingly, Defendants' Motions are **DENIED**.

---

[1] Defendants' § 101 motions are: cv-752, dkt. no. 13; cv-755, dkt. no. 14; cv-757; dkt. no. 11; and cv-767, dkt. no. 11.