UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Loramax LLC,<br><br>   *Plaintiff*,<br><br>      v.<br><br>Frontier Airlines, Inc.,<br><br>   *Defendant*. | Civil Action No.  2:15-cv-00752-RWS-RSP |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff Loramax LLC and Defendant Frontier Airlines, Inc. have settled all matters in controversy between them, in principle. The parties are in the process of finalizing a settlement agreement, are carrying out their respective obligations under the anticipated settlement agreement in the next few days, and expect to promptly file a stipulated dismissal.

Accordingly, the parties jointly move the Court to stay the above-captioned case and any and all attendant deadlines for thirty (30) days to allow the appropriate dismissal papers to be submitted. A docket control order has not been entered in this matter.

Dated:  November 3, 2015

Respectfully submitted,

*/s/ Jaspal S. Hare*
*(with permission by Jennifer P. Ainsworth*
Jaspal S. Hare (lead counsel)
Texas Bar No. 24083135
Jaspal.Hare@solidcounsel.com

David B. Dyer
Texas Bar No. 06313500
David.Dyer@solidcounsel.com

Bryan R. Haynes
Texas Bar No. 09283520
Bryan.Haynes@solidcounsel.com

        **Scheef & Stone L.L.P**
        500 North Akard, Suite 500
        Dallas, TX 75201
        Tel: (214) 706-4200
        Fax: (214) 706-4242

        *ATTORNEYS FOR PLAINTIFF*
        *LORAMAX LLC*


        */s/ Jennifer Parker Ainsworth*
        Jennifer Parker Ainsworth
        Texas Bar No. 00784720
        jainsworth@wilsonlawfirm.com
        **Wilson, Robertson & Cornelius, P.C.**
        909 ESE Loop 323, Suite 400
        P.O. Box 7339 [75711]
        Tyler, Texas 75701
        Telephone: (903) 509-5000
        Facsimile: (903) 509-5092

        Stephen E. Baskin
        Virginia Bar No. 47567
        sbaskin@mayerbrown.com
        Saqib J. Siddiqui
        DC Bar No. 999189
        ssiddiqui@mayerbrown.com
        **Mayer Brown LLP**
        1999 K Street, N.W.
        Washington, DC 20006
        Telephone: (202) 263-3000
        Facsimile: (202) 263-3300

        *ATTORNEYS FOR DEFENDANT*
        *FRONTIER AIRLINES, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on Tuesday, November 03, 2015 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/Jennifer P. Ainsworth*
Jennifer P. Ainsworth

## CERTIFICATE OF CONFERENCE

This is to certify that counsel have conferred concerning this Joint Motion and this Joint Motion sets out the Parties' positions.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth