UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Loramax LLC, *Plaintiff*, v. Frontier Airlines, Inc., *Defendant*. | Civil Action No. 2:15-cv-00752-RWS-RSP |

**ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES
AND NOTICE OF SETTLEMENT**

On this date came for consideration the Joint Motion to Stay All Deadlines and Notice of Settlement by Plaintiff Loramax LLC and Defendant Frontier Airlines, Inc. The Court is of the opinion that same should be GRANTED, and it is therefore,

ORDERED that the Joint Motion to Stay All Deadlines is GRANTED and that the unreached deadlines are stayed for 30 days.