UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Loramax LLC,<br><br>    *Plaintiff*,<br><br>    v.<br><br>Frontier Airlines, Inc.,<br><br>    *Defendant*. | Civil Action No.  2:15-cv-00752-RWS-RSP |

### ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

On this date came for consideration the Joint Motion to Stay All Deadlines and Notice of Settlement by Plaintiff Loramax LLC and Defendant Frontier Airlines, Inc.  The Court is of the opinion that same should be GRANTED, and it is therefore,

ORDERED that the Joint Motion to Stay All Deadlines is GRANTED and that the unreached deadlines are stayed for 30 days. If the parties do not file dismissal papers by December 9, 2015, counsel for the parties should appear before the Court for a status conference on December 11, 2015 at 9:00 a.m.

**SIGNED this 16th day of November, 2015.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE