THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Loramax LLC, *Plaintiff*, <br> v. <br> Frontier Airlines, Inc., *Defendant*. | Civil Action No. 2:15-cv-00752-RWS-RSP |

## **JOINT MOTION FOR DISMISSAL OF FRONTIER AIRLINES, INC.**

WHEREAS, Plaintiff Loramax LLC ("Plaintiff") and Defendant Frontier Airlines, Inc. ("Defendant") have resolved Plaintiff's claims for relief against Defendant.

NOW, THEREFORE, Plaintiff and Defendant, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendant with prejudice with all attorneys' fees, costs of court and expenses borne by the party incurring same.

- 2 -

DATED November 17, 2015.                          Respectfully submitted,

By: ___ */s/ Jaspal S. Hare*_____           By: __/s/ *Jennifer Parker Ainsworth*___

    Jaspal S. Hare (lead counsel)      Jennifer Parker Ainsworth
    Texas Bar No. 24083135      TX Bar No. 00784720
    Jaspal.Hare@solidcounsel.com      jainsworth@wilsonlawfirm.com
          **Wilson, Robertson & Cornelius, P.C.**
    David B. Dyer      909 ESE Loop 323, Suite 400
    Texas Bar No. 06313500      P.O Box 7339 [75711]
    David.Dyer@solidcounsel.com      Tyler, Texas 75701
          Telephone: (903) 509-5000
    Bryan R. Haynes      Facsimile: (903) 509-5092
    Texas Bar No. 09283520  
    Bryan.Haynes@solidcounsel.com      Stephen E. Baskin
          Virginia Bar No. 47567
    **SCHEEF & STONE L.L.P**      sbaskin@mayerbrown.com
    500 North Akard, Suite 2700      Saqib J. Siddiqui
    Dallas, TX 75201      DC Bar No. 999189
    Tel: (214) 706-4200      ssiddiqui@mayerbrown.com
    Fax: (214) 706-4242      **Mayer Brown LLP**
          1999 K. Street, N.W.
          Washington, DC 20006
    **COUNSEL FOR PLAINTIFF LORAMAX**      Telephone: (202) 263-3000
    **LLC**      Facsimile: (202) 263-3300

          **COUNSEL FOR DEFENDANT**
          **FRONTIER AIRLINES, INC.**

## CERTIFICATE OF SERVICE

    I certify this document was filed electronically pursuant to Local Rule CV-5(a) on Tuesday, November 17, 2015. Pursuant to Local Rule CV-5(a)(3)(A), this electronic filing acts to electronically serve all counsel who have consented to electronic service via the Court's CM/ECF system.

                                           */s/ Jaspal S. Hare*_____
                                                       Jaspal S. Hare