IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Loramax LLC, *Plaintiff*,<br><br>    v.<br><br>Frontier Airlines, Inc., *Defendant*. | Civil Action No. 2:15-cv-00752-RWS-RSP |

**[PROPOSED]**
**ORDER OF DISMISSAL OF FRONTIER AIRLINES, INC.**

On this day, Plaintiff Loramax LLC ("Plaintiff") and Defendant Frontier Airlines, Inc. ("Defendant") announced to the Court that they have resolved Plaintiff's claims for relief against Defendant asserted in this case. The parties have therefore requested that the Court dismiss Plaintiff's claims for relief against Defendant with prejudice with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that the request for dismissal should be granted.

**IT IS THEREFORE ORDERED** that Plaintiff's claims for relief against Defendant are dismissed with prejudice. **IT IS FURTHER ORDERED** that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.